FILED

1 Name: Eun Ju Lee
2 Address: 9550 Oak St #708
3 Bellflower CA 90706
4 Phone: (562) 623-7766
5 Fax: _____
6 In Pro Per

2022 JUL 25 PM 2:41

[STAMP: U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Eun Ju Lee

Plaintiff

v.

Federal Bureau of Investigation

Defendant(s).

CASE NUMBER:

LACV22-5128-GW-DFM

To be supplied by the Clerk of
The United States District Court

I want to request the original copy of my case file that I am listed as witness/victim back in about 20 years ago. I was given by a FBI agent the paper to appear court in most disturbing manner but I was not able to go to court because of heavy snowfall.

About 8 FBI agents came and searched my apartment in Alexandria, Virginia, and they all took my books, documents, money, and other belongings after searching my computer and taking pictures of everywhere in my room.

I want all of my personal property returned back to me along with recorded information about my case as soon as possible.

After their sudden visit, I have experienced most

CV-126 (09/09)     PLEADING PAGE FOR A COMPLAINT

7-25-2022

emotional stress in my life, and my family was shocked and suffered from devastating mental pain.

I know FBI has secretly monitored my life for many years, harassed me and my family and friends for political reasons, and chased my footsteps, and abused me mentally for ideological differences.

FBI had wiretaped my phone, and computer files to extract information all these years through secret surveillance system. FBI has also stolen my documents, money, and other stuff by invading personal property at home and workplaces. Therefore, I had to be either laid off or quit from my jobs. In addition, FBI has disconnected my life from families, friends, and destroyed all of my human relationships with other people. They have tortured me mentally for more than 30 years since when I was in college and universities.

Because of FBI's harassment, I have suffered severe sciatic back and leg pains for more than 20 years. I was so sick and could not even walk for many years. I also had nightmares, hallucination and insomnia. So, eventually I became disabled since March 2008 by Social Security Administration. I have been diagnosed with bipolar disorder. I had to meet regularly psychiatrist doctors after that for counseling and prescription of medication while hospitalized for three days at Cerritos College Hospital.

Therefore, I am filing a lawsuit against FBI in the amount of $70 million for all the damages from mental and physical injuries by illness that have developed. FBI must all return my properties that they seized back in 2003 when they came to my apartment in Alexandria, Virginia.

7-25-2022

CV-126 (09/09)    **PLEADING PAGE FOR A COMPLAINT**