UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 22-05128-GW (DFM) | Date: | October 18, 2022 |
|---|---|---|---|
| Title | Eun Ju Lee v. Federal Bureau of Investigation | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On September 1, 2022, the Court issued an Order Dismissing Plaintiff's Complaint with Leave to Amend due to legal deficiencies the Court identified in the Complaint. See Dkt. 6 at 4-6. The Court directed Plaintiff to elect one of the following options within thirty-five (35) days: voluntarily dismiss the case without prejudice, stand on the complaint, or file an amended complaint. See id. at 6. The Court warned Plaintiff that failure to act could result in a recommendation of dismissal for failure to prosecute. See id.

The time for Plaintiff to choose an option has now expired, and Plaintiff has not filed anything. It is Plaintiff's responsibility to move this case toward completion.

Accordingly, within **twenty-one (21) days** of this order, Plaintiff is ORDERED to show cause in writing why this action should not be dismissed for failure to prosecute. Plaintiff may also discharge this order by submitting a completed Notice of Election form, a blank copy of which was sent to Plaintiff along with the Court's order dated September 1, 2022.

**Plaintiff is expressly warned that failure to respond to this order will result in a recommendation of dismissal.**