JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-05128-GW-DFM | Date: | December 12, 2022 |
|---|---|---|---|
| Title | Eun Ju Lee v. Federal Bureau of Investigation | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Dismissing Case Without Prejudice

On September 1, 2022, the Court dismissed Plaintiff's Complaint with leave to amend. See Dkt. 6. The Court gave Plaintiff three options to proceed: (1) voluntarily dismiss the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A); (2) elect to stand on the Complaint; or (3) file an amended complaint curing the deficiencies identified by the Court. See id. at 6. Plaintiff was provided with a blank Notice of Election form and instructed to select one of the three options and file the Notice of Election within 35 days of the date of the Court's order. See id.

Plaintiff did not respond to the Court's order within the required time frame, and on October 18, 2022, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute. See Dkt. 7. On October 26, 2022, Plaintiff filed a Notice of Election in which she elected the first option. See Dkt. 8.

Accordingly, the Court will follow through with Plaintiff's decision to voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). This case is dismissed without prejudice.